**Opinion issued November 15, 2016**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00772-CV

———————————

**JOSEPH ANDRE DAVIS, Appellant**

**V.**

**FLOYD DANIEL LOPEZ, Appellee**

---

**On Appeal from the 245th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-58410**

---

## MEMORANDUM OPINION

Appellant, Joseph Andre Davis, has filed a motion to dismiss his appeal. More than ten days have elapsed since the filing of the motion and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this appeal.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.